IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| INTER NATIONAL BANK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil Action No. 7:17-cv-000367 |
| | ) | |
| AXIS INSURANCE COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

NOTICE OF SETTLEMENT

The parties hereby notify the Court that this matter settled at mediation. The parties will prepare closing documents and notices of dismissal and submit them to the Court pursuant to the terms of the Mediation Settlement Agreement.

Respectfully submitted,

*/s/Thomas B. Alleman*
Thomas B. Alleman
State Bar No. 01017485
Southern District Id:  10784
DYKEMA GOSSETT PLLC
1717 Main Street, Suite 4200
Dallas, Texas 75201
 (214) 698-7830 (direct)
(855) 216-6218 (fax)
talleman@dykema.com

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing has been served to all counsel listed below on this 1st day of August, 2019, as set forth below.

TONI SCOTT REED *via CM/ECF and e-mail*
toni.reed@clarkhillstrasburger.com
**CLARK HILL STRASBURGER**
901 Main Street, Suite 6000
Dallas, Texas 75202

                                                    */s/ Thomas B. Alleman*
                                                    Thomas B. Alleman