**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**MCALLEN DIVISION**

| | | |
|---|---|---|
| INTER NATIONAL BANK, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | CIVIL ACTION NO. |
| AXIS INSURANCE COMPANY, | § | 7:17-CV-367 |
| | § | |
| Defendant. | § | |

**JOINT MOTION TO DISMISS WITH PREJUDICE**

Plaintiff Inter National Bank ("Plaintiff") and Defendant AXIS Insurance Company ("Defendant"), all parties in the above-referenced action, file this Joint Motion to Dismiss with Prejudice, and respectfully show the Court as follows:

1.     Plaintiff and Defendant, following mediation of this case, have entered into a settlement agreement resolving all claims between them in this lawsuit.  As part of this same agreement, Plaintiff and Defendant have agreed to dismiss all claims pending in this lawsuit with prejudice.

2.     Therefore, Plaintiff and Defendant respectfully request that the Court dismiss all claims with prejudice.

3.     A proposed Agreed Order of Dismissal with Prejudice is being filed simultaneously herewith.

Wherefore, for the foregoing reasons, Plaintiff and Defendant respectfully request that this Court dismiss all claims pending between them with prejudice, by entering the Agreed Order of Dismissal with Prejudice submitted simultaneously herewith.

DATED: August 30, 2019

Respectfully submitted,


*/s/ Thomas Alleman*
THOMAS ALLEMAN
State Bar No. 01017485
talleman@dykema.com
DYKEMA COX SMITH
1717 Main Street, Suite 4200
Dallas, Texas 75201
(214) 698-6218
**ATTORNEY FOR PLAINTIFF
INTER NATIONAL BANK**


AND



*/s/ Toni Scott Reed*
MICHAEL KEELEY
State Bar No. 1157800
Southern District Bar No. 10511
michael.keeley@clarkhillstrasburger.com
TONI SCOTT REED
State Bar No. 00788376
Southern District Bar No. 21704
toni.reed@clarkhillstrasburger.com
CLARK HILL STRASBURGER
901 Main Street, Suite 6000
Dallas, Texas 75202
Telephone:    (214) 651-4718
Facsimile:    (214) 651-4121

**ATTORNEYS FOR DEFENDANT AXIS
INSURANCE COMPANY**