Case 7:17-cv-00367   Document 40   Filed on 08/30/19 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
August 30, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| INTER NATIONAL BANK, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 7:17-CV-00367 |
| | § | |
| AXIS INSURANCE COMPANY, | § | |
| | § | |
| Defendant. | § | |

## ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE

On this day, the Court considered the Joint Motion to Dismiss with Prejudice and is of the opinion that it should be GRANTED. It is, therefore,

ORDERED, ADJUDGED AND DECREED that all claims Plaintiff Inter National Bank has filed or could have filed herein against Defendant AXIS Insurance Company, and all claims AXIS Insurance Company has filed or could have filed herein against Plaintiff Inter National Bank be, and the same hereby are, DISMISSED WITH PREJUDICE. It is further

ORDERED, ADJUDGED AND DECREED that Plaintiff Inter National Bank and Defendant Axis Insurance Company shall each pay its own respective costs and attorneys' fees incurred herein. It is finally,

ORDERED, ADJUDGED AND DECREED that all other relief not expressly granted herein is hereby denied.

SO ORDERED this 30th day of August, 2019, at McAllen, Texas.

_____
Randy Crane
United States District Judge